THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT

By: G. Michael Halfenger
    United States Bankruptcy Judge

DATED:  June 13, 2016



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

IN RE:   Theresa Nico Straehl,               Case No. 16–26004–gmh
                             Debtor.                              Chapter 13

---

## ORDER ON APPLICATION TO PAY FILING FEE IN INSTALLMENTS

---

Upon consideration of the Debtor's Application to Pay Filing Fee in Installments, it is hereby Ordered:

1. The entire balance of the filing fee, which the Court's records show is **$310.00**, must be paid on or before **July 11, 2016**. The entire fee must be <u>received</u> by the Clerk, U.S. Bankruptcy Court by the deadline or this case will be dismissed without further hearing. <u>If the Debtor needs more time to pay the filing fee, the Debtor must file a written motion for extension of time prior to the deadline and pay as much of the fee as possible along with the motion for more time.</u>

2. Until the filing fee is paid, the Debtor is not required to make a Chapter 13 Plan payment.

3. Make the money order or cashier's check payable to the Clerk, U.S. Bankruptcy Court. The Clerk's address is Clerk, U.S. Bankruptcy Court, 517 East Wisconsin Avenue, Room 126, Milwaukee, Wisconsin 53202. (Note: While the Clerk accepts cash, the Clerk does not accept personal checks, credit or debit cards from debtors.)

4. The filing fee must be paid in full before the Debtor or Chapter 13 trustee makes any payments to an attorney or other professional.

5. If this case is dismissed for failure to pay the filing fee, the Court will not grant a fee waiver or an installment fee application in any future case the Debtor may file. Filing fees for future cases will be due, in full, with the petition or no more than 14 days after the petition. Repeated filing and dismissal of cases for failure to pay the fee may result in the Court barring the Debtor from filing future bankruptcy cases.

#####