June 21, 2016

Honorable Judge G. Michael Halfenger
U.S. Bankruptcy Court Eastern District – Wisconsin

Reference: Theresa Nico Straehl
Case No: 16-26004
Chapter 13

FILED - MAIL

2016 JUN 23 AM 10: 56

US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Your Honor,

I request an extension past the 2 week deadline, in order to file my Chapter 13 Plan and the necessary documents. I have legal custody of my disabled 4yo granddaughter and she recently had surgery. I am her only care-giver day to day and due to surgery (recovery), she required additional care. Please allow time for me to submit ALL required documents and Chapter 13 Plan. Also, I would like to note that I have been seeking legal resources & advise to the matters pertaining to my Chapter 13 Bankruptcy. So as, my case is filed correctly and there will not be any issues. I am sending a copy of this letter to the Trustee, to inform her of my request and desire to continue forward with my Bankruptcy. Thereby, all interested parties are kept informed. I truly appreciate the Court's cooperation and understanding, as I realize how valuable the Court's time is. I am aware of the importance of filing correctly and in a timely manner. Please keep me advised of your decision.

If I may ask so, can I please have an additional 10 days beyond the June 24th deadline?

Respectfully,

Theresa Straehl

*/s/ Theresa N. Straehl*