THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 24, 2016

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-26004-gmh |
| THERESA NICO STRAEHL, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

**ORDER EXTENDING TIME TO FILE REQUIRED DOCUMENTS**

Based on the motion of the debtor to extend time to file required forms,

**IT IS ORDERED** that the time to file the necessary forms, schedules, and Chapter 13 plan in the case of the above debtor, Theresa Nico Straehl, is hereby extended until July 5, 2016.

#####

Drafted By:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
P: (262) 757-8444; F: (262) 287-9725
anton@nickolailaw.com